# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEBRA HAWKINS,

      Plaintiff,

                                    CASE NO. 08-CV-10280

-vs-

                                    PAUL D. BORMAN

GENERAL MOTORS, et al.,           UNITED STATES DISTRICT
                                          JUDGE

      Defendants.
_____/

## ORDER DENYING PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL

      Before the Court is Plaintiff's March 28, 2008 Application for Appointment of Counsel Financial Affidavit. (Dkt. No. 12). The Court liberally construes Plaintiff's Affidavit as a Motion to Appoint Counsel.

      Having considered the application for appointment of counsel under 28 U.S.C. § 1915(e), IT IS ORDERED that the application is DENIED without prejudice.

      **SO ORDERED.**


                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: March 31, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 31, 2008.

                                                      s/Denise Goodine
                                                      Case Manager